IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NO. 3:19-CR-15 (CAR-CHW) |
| JASON BELLEW | |
| Defendant | |

## ORDER

The Petition for a Writ of Habeas Corpus *Ad Prosequendum* filed by the United States seeking the production of JASON BELLEW, W/M, DOB \*\*/\*\*/1985, having been presented, read, and considered,

IT IS HEREBY AND ORDERED AND DIRECTED that the Sheriff of Elbert County Jail in Elbert County, Georgia deliver JASON BELLEW to the United States Marshal for the Middle District of Georgia, and that the United States Marshal produce JASON BELLEW before the Honorable Court of the United States at Macon, Georgia, not later than **10:00 a.m., November 13, 2019**, and that the said Marshal, or his lawful deputy, return JASON BELLEW to the custody whence he came when his presence in the above-stated case is no longer required.

SO ORDERED AND DIRECTED, this 31st day of October, 2019.



s/ Charles H. Weigle
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE